**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-2498**

SIRAJ SHEIKH,

Plaintiff - Appellee,

versus

JAMES A. GEISLER,

Defendant - Appellant,

and

JAMES F. O'CONNOR; INVEST IN AMERICA, L.P.;
INTERBANK CORPORATE SERVICES, INCORPORATED;
DOMINION INDUSTRIES, L.L.C.; MARKET MAKERS,
L.L.C.; ILENE MARIE HARRISON; JOHN L. CRINER,
II; STEVEN R. MAIMON; INTERBANK IMMIGRATION
SERVICES, INCORPORATED; ATLANTIC FOREX,
LIMITED; INTELLINET CORPORATE SERVICES,
INCORPORATED,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-99-1974-A)

Submitted:  May 24, 2001                Decided:  June 1, 2001

Before WIDENER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

James A. Geisler, Appellant Pro Se. David Alan Hirsch, VAN GILS & HIRSCH, P.C., Fairfax, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James A. Geisler appeals the district court's orders denying his motion under Fed. R. Civ. P. 59 and entering judgment for the Plaintiff following a jury trial in this civil action. We have reviewed the record and the district court's opinion and find that the district court did not abuse its discretion in declining to grant Geisler's motion for a new trial. Chesapeake Paper Products Co. v. Stone & Webster Engineering Corp., 51 F.3d 1229, 1237. We decline to review Geisler's claims challenging the district court's denial of his pretrial motion to dismiss. Id. at 1234-37. Accordingly, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2